# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

July 5, 2017

Chambers of the Honorable Chief Judge: Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street, 2nd Floor
Poughkeepsie, NY 12601

Re:   **Debtor: Laurie Yodice**
      **Bankruptcy Case No.: 17-30001-cgm**
      **Chapter: 13**

Dear Chief Judge Morris:

This loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a secured creditor of the above referenced Debtor.

Debtor's counsel furnished our office with the financial document submission on June 14, 2017. Currently, our client is reviewing the said submission for loss mitigation options. Upon review, our office will advise Debtor's counsel accordingly.

Should this Court have any questions, please feel free to contact me. Thank you.

                                            Very truly yours,

                                            Seung Woo Lee, Esq.
                                            Rosicki, Rosicki and Associates, P.C.

cc:   *Devon Salts, Esq.*
      *Jeffrey L Sapir - 13, Esq.*